UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br>-v-<br>US HEALTH AND LIFE INSURANCE COMPANY,<br>　　　　　　Defendant. | No. 1:18-cv-869<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has granted Defendant US Health's motion to dismiss and has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  November 7, 2018 　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　United States District Judge